UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ANTHONY BUCHANON,                      1:21-cv-16125 (NLH)

       Petitioner,            **MEMORANDUM OPINION & ORDER**

  v.

KODGER,

       Respondent.

---

**APPEARANCE**:

Anthony Buchanon
05722-052
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner pro se

Rachael A. Honig, Acting United States Attorney
Alexandra Tsakopoulos, Assistant United States Attorney
United States Attorney's Office
District Of New Jersey
970 Broad Street
Newark, NJ 07102

    Attorneys for Respondent

**HILLMAN**, **District Judge**

    WHEREAS, Petitioner Anthony Buchanon is proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, Petitioner filed an emergency motion for

compassionate release under 18 U.S.C. § 3582, ECF No. 10; and

WHEREAS, motions for compassionate release under § 3582 must be filed in the sentencing court. 18 U.S.C. § 3582(c)(1)(A). Petitioner was sentenced in the Northern District of New York, United States v. Buchanon, 1:94-cr-0203 (N.D.N.Y.). The Court shall instruct the Clerk to forward the motion to the United States District Court for the Northern District of New York for consideration by the sentencing court,

THEREFORE, IT IS on this __18th__ day of __October__, 2021

ORDERED that the Clerk shall transfer the motion for compassionate release, ECF No. 10, to the United States District Court for the Northern District of New York for filing in United States v. Buchanon, 1:94-cr-0203 (N.D.N.Y.); and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner by regular mail and terminate the motion, ECF No. 10, on the docket.

At Camden, New Jersey

  s/ Noel L. Hillman  
NOEL L. HILLMAN, U.S.D.J.